DANIEL O'HARA, JR., Appellant, v. HENRY O'HARA et al., Respondents.— No opinion. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ.

FAYE OSOFSKY, Respondent, v. JOEL OSOFSKY, Appellant.— Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE FEDE, Appellant.— No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE GOLDBERG, Appellant.— No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.